JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: CV 16-09032-TJH-MRWx |
|---|---|
| Plaintiff, | ORDER |
| v. | GRANTING STIPULATION TO CONSENT JUDGMENT [12] |
| MERCED A. EWING, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, MERCED A. EWING, in the total amount of $21,194.30.

IT IS SO ORDERED:

Dated: May 15, 2017

_____
TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE

1